FILED

JAN 04 2021

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

3:21-cv-1 (Groh/Trumble)

ATTN: Litigation clerk    12/28/20

(Reference COVID-19)

My celly and I are the victims of Reckless indangerment and the safety of our health was infringed upon. I have High Blood Pressure, Expose to Tuberculosis (Germ), Diabetes, High cholesterol, obese, anxiety, and mental strain, and Psychological difficulty dealing with the recent death of my Mother and Sister this year, compound with Litigations against the Chicago Cook County Courts Because Police had fraudulently modified, Tampering with my (NCIC) Planted Crime, Armed Robbery, and Robbery, using the dates of arrest and Sentencing for a crime of P.O.S.M.V. I was arrested for. BUT! That crime is not even listed in the (NCIC) They Never mention it, because it could not be used for enhancements. I have (ALL) Proof.

Also, one of the crimes used to enhance me, was based on a "Complaint" NOT an arrest.

My celly is serving a "Life Sentence and 50yrs" for an alleged Murder recently he was released from Hazelton U.S.P. 5:30 12/23/20, and Return without being checked or Quarantine as is the policy when an inmate is either escorted or Release and returned, "He was not".

Per C.O. OR Nurse he was Sent back to the compound which is on modified movement,

(1)

However the procedures are even if your in a Mask for a Hospital run, you are return you are quarantine especially release in the Free World No-Mask

What are our rights, Can we be released or released on Compassionate Release and Tillerys Life Plus 50yrs, (if) Not release, for Compassionate (Maybe) Reduction in Sentence. The Life removed with his appeal, To Continue to Challenge his Case, which is favorable Because the witness described someone else other then him and The Trajectory of the Shells Casting were in the Front of the Car (NOT) The Drivers door as an Automatic discharge its Casting would usually Land, When its Alleged the Shooter was pointing a gun in the direction of the Driver Window. The evidence and Trajectory supports. Someone from afar had done the Shooting. Jim Convicted based on "mere" presents.

What are Rights!

Thank you,

(2)